# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BORGESS MEDICAL CENTER, et al.      )
     )
    Plaintiff,      )
     )
    v.      )    Civil Case No. 12-144 (RJL)
     )
KATHLEEN SEBELIUS, *Secretary*      )
*Department of Health and Human Services*      )
     )
    Defendant.      )

## ORDER
(September 4 , 2013) (Dkts. ##19, 21)

For the reasons set forth in the Memorandum Opinion entered this 4th day of

September 2013, it is hereby

**ORDERED** that defendant's Motion for Summary Judgment [Dkt. #21] is

**GRANTED**; and it is further

**ORDERED** that plaintiffs' Motion for Summary Judgment [Dkt. #19] is

**DENIED**; and it is further

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

1